

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR15-0468-CAS-1 |
| Johnny Joseph Clay | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _12/11/15_____, _____, at _2:30_____ ☐ a.m. / ☒ p.m. before the Honorable _Jean P. Rosenbluth_____, in Courtroom _827-A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _12/7/15_____

_____
U.S. ~~District Judge~~/Magistrate Judge